IN THE UNITED STATES DISTRICT COURT

FOR THE NORTHERN DISTRICT OF CALIFORNIA

JON JON MANUEL, et al.,

        Plaintiffs,

    v.

INDYMAC BANK FSB in Receivership of FDIC, et al.,

        Defendants.

NO. C10-01035 TEH

ORDER GRANTING REQUEST FOR CONTINUANCE

Defendant Federal Deposit Insurance Corporation as Receiver of IndyMac Bank, FSB ("FDIC") filed a motion to dismiss on April 12, 2010, which it noticed for hearing on May 17, 2010. Plaintiffs Jon Jon Manuel and Maria Victoria Manuel ("Plaintiffs") failed to file an opposition or statement of non-opposition, which was due on April 26, 2010. On May 5, 2010, the Court vacated the hearing date and issued an order to show cause as to why this case should not be dismissed for failure to prosecute. That order provided that this case would be dismissed with prejudice if Plaintiffs failed to file a written response on or before May 17, 2010.

In their response filed May 17, 2010, Plaintiffs state that they are no longer being represented by their counsel of record, Timothy Fred Umbreit of Bander Law Firm LLP, because the firm has declared bankruptcy. Plaintiffs state that they have not abandoned the case, and request a 30-day continuance to seek new counsel.

For good cause appearing, Plaintiffs' request is GRANTED. Plaintiffs shall have until June 21, 2010, to file a notice of appearance of new counsel or a notice that they intend to prosecute this case pro se – i.e., on their own and without an attorney. If neither notice is filed within this time frame, this Court will have no alternative but to conclude that Plaintiffs no longer wish to pursue their case. The Court will therefore grant FDIC's motion to dismiss

as unopposed, and will dismiss Plaintiffs' complaint with prejudice.  Dismissal with prejudice means that Plaintiffs will not be able to recover on any of the claims raised in the complaint filed in this case, even if they were to find a new attorney willing to take their case at a later date.

To ensure that Plaintiffs receive notice of this order, the Clerk shall serve a copy of this order on Plaintiffs at the address listed on their response to the order to show cause: 133 Cymbidium Circle, South San Francisco, CA 94080.

**IT IS SO ORDERED.**

Dated:   5/20/10

THELTON E. HENDERSON, JUDGE
UNITED STATES DISTRICT COURT