RONALD V. UY, SBN 177157
STEVAN J. HENRIOULLE, SBN 57282
LAW OFFICE OF UY & HENRIOULLE
An Association of Attorneys
1212 Broadway, Suite 820
Oakland, CA 94612
Telephone: (510) 835-3730
Facsimile: (510) 835-3731

Attorney for JON JON MANUEL,
MARIA VICTORIA MANUEL

## UNITED STATES DISTRICT COURT

## NORTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| JON JON MANUEL AN INDIVIDUAL AND MARIA VICTORIA MANUEL, AN INDIVIDUAL<br><br>Plaintiffs<br><br>vs.<br><br>INDYMAC BANK, FSB IN RECIEVORSJHIP OF FDIC, et al.<br><br>Defendants | Case No. C10-01035-TEH<br><br>**SUBSTITUTION OF ATTORNEY** |

JON JON MANUEL and MARIA VICTORIA MANUEL, Plaintiffs, herby substitutes STEVAN J. HENRIOULLE and the LAW OFFICE OF UY & HENRIOULLE who are Retained Counsel, 1212 Broadway, Suite 820, Oakland, CA 94612, (telephone) 510-835-3730, (facsimile) 510-835-3731 as attorney of record in the place and stead of PLAINTIFFS IN PRO PER.

1

**SUBSTITUTION OF ATTORNEY**

Dated: July 6, 2010

_____
JON JON MANUEL

Dated: July 6, 2010

_____
MARIA VICTORIA MANUEL

I have given proper notice pursuant to Local Rules of Court and further consent to the above substitution.

Dated: July 6, 2010

_____
STEVAN J. HENRIOULLE
Attorney at Law

I am duly admitted to practice in this District pursuant to Local Rules of Court.

Dated: July 6, 2010

_____
STEVAN J. HENRIOULLE
Attorney at Law

___

Substitution of Attorney is hereby __X__ approved. _____ denied.

Dated: 07/07/10

_____
United States District Judge
Judge Thelton E. Henderson

SUBSTITUTION OF ATTORNEY