IN THE UNITED STATES DISTRICT COURT

FOR THE NORTHERN DISTRICT OF CALIFORNIA

JON JON MANUEL, et al.,

    Plaintiffs,

v.

INDYMAC BANK FSB in Receivership of FDIC, et al.,

    Defendants.

NO. C10-01035 TEH

<u>ORDER SETTING INITIAL CASE MANAGEMENT CONFERENCE</u>

    The Initial Case Management Conference in this matter, originally scheduled for June 28, 2010, was continued pending the retention of new counsel by Plaintiffs Jon Jon Manuel and Maria Victoria Manuel ("Plaintiffs"). Plaintiffs have since retained Stevan J. Henrioulle of the Law Office of Uy & Henrioulle as their attorney of record; they filed a timely notice of substitution of attorney on July 6, 2010, which this Court approved on July 7, 2010.

    The Initial Case Management Conference has therefore been rescheduled for **Monday, August 16, 2010, at 1:30pm**. The parties shall report to Courtroom 12, on the 19th Floor, U.S. District Courthouse, 450 Golden Gate Avenue, San Francisco, California 94102. Not less than 7 days prior, counsel shall submit a joint case management conference statement. The parties shall also discuss a hearing and briefing schedule for the pending motion to dismiss, or any other proposed resolution to the motion.

**IT IS SO ORDERED.**

Dated: 7/8/10

THELTON E. HENDERSON, JUDGE
UNITED STATES DISTRICT COURT