David H. Waters, CASB# 078512
dwaters@burnhambrown.com
Jack W. Schwartz, Jr., CASB# 124506
jschwartz@burnhambrown.com
BURNHAM BROWN
A Professional Law Corporation
P.O. Box 119
Oakland, California 94604
---
1901 Harrison Street, 11th Floor
Oakland, California 94612
Telephone:   (510) 444-6800
Facsimile:   (510) 835-6666

Attorneys for Defendant Federal Deposit Insurance
Corporation as Receiver of INDYMAC BANK, FSB

UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| JON JON MANUEL, an individual, and MARIA VICTORIA MANUEL, an individual,,<br><br>Plaintiffs,<br><br>v.<br><br>INDYMAC BANK FSB in Receivership of FDIC; HSBC BANK USA, NATIONAL ASSOCIATION, a US Corporation; REGIONAL SERVICE CORPORATION, a California Corporation; LPS DEFAULT SOLUTIONS, INC., a Delaware Corporation; LPS AGENCY SALES AND POSTING, INC., a California Corporation; and DOES 1 through 50, inclusive,,<br><br>Defendants. | No. 3:10-cv-01035 TEH<br><br>**STIPULATION AND [PROPOSED] ORDER CONTINUING CASE MANAGEMENT CONFERENCE**<br><br>DATE:   August 16, 2010<br>TIME:   1:30 p.m.<br>DEPT:   Courtroom 12<br>JUDGE:  Hon. Thelton E. Henderson |

IT IS HEREBY STIPULATED by and between Plaintiffs JON JON MANUEL and MARIA VICTORIA MANUEL and Defendant FEDERAL DEPOSIT INSURANCE CORPORATION, as Receiver of INDYMAC BANK FSB ("FDIC-Receiver"), that the Case Management Conference in this case be continued from August 16, 2010 to September 20,

1
STIPULATION AND [PROPOSED] ORDER CONTINUING CASE MANAGEMENT    No. 3:10-cv-1035 TEH
CONFERENCE

1  2010, or to a date after September 30, 2010, convenient to the Court. There are two grounds
2  for the requested continuance.
3      First, FDIC-Receiver's Motion to Dismiss is currently pending for August 23, 2010,
4  and Plaintiffs are evaluating whether they will oppose the motion, or voluntarily dismiss with
5  prejudice. The dismissal of FDIC-Receiver would eliminate federal question jurisdiction, and
6  be cause for remand back to the State Court. Dismissal of FDIC-Receiver will also obviate the
7  need for the parties to prepare a Joint Case Management Conference Statement and make their
8  Rule 26 disclosures.
9      Second, while Plaintiffs report that certain Defendants have been served, no Defendant
10 other than FDIC-Receiver has appeared to date. Additionally, FDIC-Receiver has advised
11 Plaintiffs that the note that is the subject of this action was acquired by OneWest Bank Group
12 LLC, which is not named as a party to this action. Under the circumstances, without the
13 participation of the other Defendants, without the joinder of OneWest Bank Group LLC, and
14 with what FDIC-Receiver believes will be its imminent departure of the case, holding a Case
15 Management Conference on August 16, 2010 does not appear to be a productive endeavor.
16     IT IS SO STIPULATED.
17 Dated: 7/26, 2010     LAW OFFICE OF UY AND HENRIOULLE
18
19
20 By: _____
    RONALD UY
21     STEVAN J. HENRIOULLE
    Attorneys for Plaintiffs JON JON MANUEL
22     and MARIA VICTOR MANUEL
23
24 ///
25 ///
26
27
28

2

STIPULATION AND [PROPOSED] ORDER CONTINUING CASE MANAGEMENT     No. 3:10-cv-1035 TEH
CONFERENCE

STIPULATION AND [PROPOSED] ORDER
CONTINUING CASE MANAGEMENT CONFERENCE

Dated: July 26, 2010

BURNHAM BROWN

By: _____
DAVID H. WATERS
JACK W. SCHWARTZ JR.
Attorneys for Defendant Federal Deposit
Insurance Corporation as Receiver of
INDYMAC BANK, FSB

## ORDER

IT IS HEREBY ORDERED that the Case Management Conference in this case be continued from August 16, 2010, to September 20, 2010, at 1:30 p.m., in Courtroom 12 of this Court.

Dated: 7/26/10

_____
Hon. Thelton E. Henderson
United States District Court Judge

1021137