IN THE UNITED STATES DISTRICT COURT

FOR THE NORTHERN DISTRICT OF CALIFORNIA

|  |  |
|---|---|
| JON JON MANUEL, an individual, and MARIA VICTORIA MANUEL, an individual,<br><br>              Plaintiffs,<br><br>       v.<br><br>INDYMAC BANK FSB in Receivership of FDIC; HSBC BANK USA, NATIONAL ASSOCIATION, a US Corporation; REGIONAL SERVICE CORPORATION, a California Corporation; LPS DEFAULT SOLUTIONS, INC., a Delaware Corporation; LPS AGENCY SALES AND POSTING, INC., a California Corporation; and DOES 1 through 50, inclusive,<br><br>              Defendants. | NO. C10-01035 TEH<br><br>ORDER |

The Court is in receipt of Plaintiffs' and Defendant Federal Deposit Insurance Corporation's ("FDIC") stipulations filed on August 31, 2010, regarding continuing the September 20, 2010, case management conference, serving the summons and complaint, and postponing the parties' Rule 26 disclosures. The Court accepts these stipulations.

**IT IS SO ORDERED.**

Dated: August 31, 2010

THELTON E. HENDERSON, JUDGE
UNITED STATES DISTRICT COURT