David H. Waters, CASB# 078512
dwaters@burnhambrown.com
Jack W. Schwartz, Jr., CASB# 124506
jschwartz@burnhambrown.com
BURNHAM BROWN
A Professional Law Corporation
P.O. Box 119
Oakland, California 94604
---
1901 Harrison Street, 11th Floor
Oakland, California  94612
Telephone:    (510) 444-6800
Facsimile:     (510) 835-6666

Attorneys for Defendant Federal Deposit Insurance
Corporation, as Receiver of INDYMAC BANK, FSB

UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| JON JON MANUEL, an individual, and MARIA VICTORIA MANUEL, an individual,,<br><br>Plaintiff, and<br><br>v.<br><br>INDYMAC BANK FSB in Receivership of FDIC; HSBC BANK USA, NATIONAL ASSOCIATION, a US Corporation; REGIONAL SERVICE CORPORATION, a California Corporation; LPS DEFAULT SOLUTIONS, INC., a Delaware Corporation; LPS AGENCY SALES AND POSTING, INC., a California Corporation; and DOES 1 through 50, inclusive,,<br><br>Defendants. | No. CV-10-01035 TEH<br><br>**STIPULATION CONTINUING DATE FOR SUPPLEMENTAL BRIEFING ON MOTION TO DISMISS**<br><br>Date:    **October 4, 2010**<br>Time:   **10:00 a.m.**<br>Dept:    **Courtroom 12**<br>Judge:  **Honorable Thelton E. Henderson** |

By Order dated September 7, 2010, the Court continued Defendant Federal Deposit Insurance Corporation, as Receiver of IndyMac Bank, FSB's ("*FDIC-Receiver*") Motion to Dismiss from September 13, 2010 to October 4, 2010, and ordered supplemental briefing to be submitted by September 15, 2010.

IT IS HEREBY STIPULATED by and between the parties, through their counsel of record, that the supplemental briefing be submitted by September 22, 2010, or September 29,

1    2010, if the latter date is acceptable to the Court, and that the hearing date on the Motion to
2    Dismiss be continued to a later date if the Court wishes, on the following grounds:

3        David H. Waters and Jack W. Schwartz, Jr. of Burnham Brown are the counsel of record
4    for *FDIC-Receiver* in this case. Both Mr. Waters and Mr. Schwartz are booked solid on prior
5    commitments through September 15, 2010, and Mr. Schwartz is further away on a pre-scheduled
6    vacation through September 22, 2010. There are no other attorneys at Burnham Brown with
7    experience in FDIC matters, much less the issues that the Court wishes to be briefed pursuant to
8    its Order re: supplemental briefing.

9        Although Mr. Waters could start work in earnest on the briefing on September 17, 2010,
10   Mr. Schwartz was the attorney who had primary responsibility for drafting the Motion to
11   Dismiss and the Reply and it is preferred that Mr. Schwartz be the attorney who takes the lead
12   on drafting the supplemental brief, and hence the request for the supplemental brief be due
13   September 29, 2010. If that is not feasible, then Mr. Waters will undertake to draft the
14   supplemental brief and file it by September 22, 2010.

15       Mr. Schwartz is currently drafting a post-trial brief in a San Francisco County Superior
16   Court case that is due Friday, September 10, 2010. He is scheduled for three days of witness
17   conferences and depositions in Los Angeles, California, September 13, 14 and 15, 2010, and is
18   devoting the weekend of September 11-12, 2010, to preparation for those depositions.
19   Thereafter, on September 16 through 22, 2010, he is on vacation out-of-state.

20       Mr. Waters must submit a mediation brief in a court-ordered mediation in a Central
21   District of California case, <u>Dubinsky v. Liberty Surplus Insurance Corporation</u>, Case No. CV08-
22   06744 MMM (SHx) that is due on Friday, September 10, 2010, and must appear at the mediation
23   in Los Angeles on Wednesday, September 15, 2010 (the current filing date for the supplemental
24   briefing). He must further participate in another court-ordered mediation in a Northern District
25   of California case, <u>Twin City Fire Insurance Company v. Liberty Surplus Insurance Corporation</u>,
26   Case No. 5:10-CV-0441-RS on September 16, 2010, and the mediation brief for that case must
27   be served Tuesday, September 14, 2010. Just today, September 9, 2010, Mr. Waters discovered
28   that he had been ordered to participate in a settlement conference in San Francisco County

Superior Court on Monday, September 13, 2010 at 1:30 p.m. and that he had been ordered to submit a settlement conference statement by Friday, September 10, 2010. Mr. Waters received late notice on both those two orders due to a typographical error in his address in the notice that was sent to him via e-mail.

In addition to those court ordered appearances, mediation briefs and settlement conference statement, Mr. Waters had promised two clients that he would provide one client with a written opinion letter, and another client with at least a verbal opinion by Friday, September 10, 2010, the prospects of successfully doing so now has rapidly diminished given the amount of time he devoted to initial research into the issues framed in the court's order requesting the supplemental brief.

For the above reasons, neither Mr. Waters nor Mr. Schwartz can devote the requisite amount of time to the issues framed by the Court to file a supplemental brief by September 15, 2010, and Mr. Schwartz cannot do so before September 22, 2010.

Counsel for plaintiffs advised that they likewise do not have sufficient time to address the issues and file a supplemental brief by September 15, 2010, either.

IT IS THEREFORE STIPULATED by and between FDIC-Receiver, and plaintiffs, through their respective counsel of record, that a different date for supplemental briefing be established, and the Motion to Dismiss be continued to a later date (should the Court wish to do so in light of the changed date for submitting supplemental briefs).

IT IS SO STIPULATED.

Dated: September _10_, 2010         LAW OFFICE OF UY AND HENRIOULLE


By: _____
RONALD UY
Attorneys for Plaintiffs JON JON MANUEL
and MARIA VICTOR MANUEL

///

///

Dated: September 10, 2010                BURNHAM BROWN

By: /s/ David H. Waters
DAVID H. WATERS
Attorneys for Defendant Federal Deposit
Insurance Corporation as Receiver of
INDYMAC BANK, FSB

## ORDER CONTINUING DATE FOR SUBMITTING SUPPLEMENTAL BRIEFS ON MOTION TO DISMISS (AND ORDER CONTINUING HEARING DATE ON MOTION TO DISMISS)

GOOD CAUSE APPEARING THEREFOR,

IT IS HEREBY ORDERED that the date for supplemental briefing on the issues raised by the Court's September 7, 2010, Order re: supplemental briefing be continued, and that the supplemental briefs shall now be submitted on ~~September 22, 2010~~/September 29, 2010.

[If it please the Court:  IT IS HEREBY FURTHER ORDERED that the hearing date on Defendant Federal Deposit Insurance Corporation, as Receiver of IndyMac Bank, FSB's Motion to Dismiss be continued from October 4, 2010, to  October 18 , 2010.

SO ORDERED.

Dated: 09/10/10

/s/ Thelton E. Henderson
Hon. Thelton E. Henderson
United States District Judge

1029529

---

4
STIPULATION CONTINUING DATE FOR SUPPLEMENTAL BRIEFING ON MOTION TO DISMISS        Case No. CV-10-01035 TEH