1  David H. Waters, CASB# 078512
   dwaters@burnhambrown.com
2  Jack W. Schwartz, Jr., CASB# 124506
   jschwartz@burnhambrown.com
3  BURNHAM BROWN
   A Professional Law Corporation
4  P.O. Box 119
   Oakland, California 94604
5  ---
   1901 Harrison Street, 11th Floor
6  Oakland, California  94612
   Telephone:    (510) 444-6800
7  Facsimile:    (510) 835-6666

8  Attorneys for Defendant Federal Deposit Insurance
   Corporation, as Receiver of INDYMAC BANK, FSB
9

10                     UNITED STATES DISTRICT COURT

11                    NORTHERN DISTRICT OF CALIFORNIA

12 | JON JON MANUEL, an individual, and        | No. CV-10-01035 TEH
   | MARIA VICTORIA MANUEL, an
13 | individual,,                              | **STIPULATION WITHDRAWING DEFENDANT FEDERAL DEPOSIT INSURANCE CORPORATION, AS RECEIVER OF INDYMAC BANK, FSB'S RE-NOTICED MOTION TO DISMISS**
14 |        Plaintiff, and                     |
15 | v.                                        |
16 | INDYMAC BANK FSB in Receivership of       |
   | FDIC; HSBC BANK USA, NATIONAL             |
17 | ASSOCIATION, a US Corporation;            | DATE: October 18, 2010
   | REGIONAL SERVICE CORPORATION, a           | TIME: 10:00 a.m.
18 | California Corporation; LPS DEFAULT       | DEPT: Courtroom 12
   | SOLUTIONS, INC., a Delaware Corporation;  | JUDGE: Hon. Thelton E. Henderson
19 | LPS AGENCY SALES AND POSTING,             |
   | INC., a California Corporation; and DOES 1|
20 | through 50, inclusive,,                   |
21 |        Defendants.                        |

   IT IS HEREBY STIPULATED by and between Plaintiffs Jon Jon Manuel and Maria Victoria Manuel, and Defendant Federal Deposit Insurance Corporation, as Receiver for IndyMac Bank, FSB ("*FDIC-Receiver*"), through their respective counsel of record, as follows:

   1.   Plaintiffs and *FDIC-Receiver* are in discussions to reach an agreement whereby

*FDIC-Receiver* and IndyMac Bank, FSB would be dismissed as a defendant to this action;

2. Plaintiffs and *FDIC-Receiver* wish to fully explore the possibility of reaching agreement under which *FDIC-Receiver* and IndyMac Bank, FSB would be dismissed as a party to the action, before further briefing on issues related to *FDIC-Receiver's* Motion to Dismiss and the hearing on *FDIC-Receiver's* Motion to Dismiss;

3. It is therefore agreed by and between Plaintiffs and *FDIC-Receiver* that *FDIC-Receiver's* Motion to Dismiss shall be withdrawn, pending either successful resolution and dismissal of *FDIC-Receiver* and IndyMac Bank, FSB as defendants, or a final stalemate in which Plaintiffs and/or *FDIC-Receiver* conclude that an impasse has been reached;

4. *FDIC-Receiver* therefore withdraws its Motion to Dismiss, subject to re-filing it should discussions reach an impasse; and

5. Should *FDIC-Receiver* re-file its Motion to Dismiss, the parties will furnish the supplemental briefing that is the subject of the Court's September 7, 2010 Order within two weeks of the date that the *FDIC-Receiver's* Motion is re-filed.

*FDIC-Receiver* notes that if it and IndyMac Bank, FSB are dismissed as defendants to this action, federal question jurisdiction will no longer exist for this case and it will be subject to remand back to San Mateo County Superior Court.

IT IS SO STIPULATED.

Dated: 9/28, 2010

BURNHAM BROWN

By: _____
JACK W. SCHWARTZ, JR.
Attorneys for Defendant Federal Deposit
Insurance Corporation as Receiver of both
INDYMAC FEDERAL BANK, FSB and
INDYMAC BANK, FSB

///

| | |
|---|---|
| Dated: 9/27, 2010 | LAW OFFICE OF UY AND HENRIOULLE<br><br>By: _____<br>RONALD UY<br>Attorneys for Plaintiffs JON JON MANUEL and MARIA VICTOR MANUEL |

### VACATING HEARING ON FDIC-RECEIVER'S MOTION TO DISMISS

IT IS HEREBY ORDERED the hearing date on *FDIC-Receiver's* Motion to Dismiss, heretofore pending for October 18, 2010, be, and is hereby, vacated.

Should the parties not reach agreement regarding the dismissal of FDIC-Receiver and IndyMac Bank, FSB, they shall appear for a case management conference at 1:30 p.m. on Monday, November 15, 2010, and file a joint case management statement seven (7) calendar days in advance. If the parties do reach agreement, and FDIC-Receiver and IndyMac Bank, FSB, are dismissed as defendants, the case management conference will be VACATED.

Dated: 09/28/10

Hon. Thelton E. Henderson
United States District Court Judge

1032850