RONALD V. UY, SBN 177157
STEVAN J. HENRIOULLE, SBN 57282
LAW OFFICE UY & HENRIOULLE
1212 Broadway, Suite 820
Oakland, CA 94612
Telephone:  (510) 835-3730
Facsimile:   (510) 835-3731

Attorney for Plaintiffs,
JON JON MANUEL AND
MARIA VICTORIA MANUEL

UNITED STATES DISTRICT COURT

FOR THE NORTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| JON JON MANUEL, an individual, and MARIA VICTORIA MANUEL, an individual, Plaintiffs, vs. INDYMAC BANK FSB in Receivership of FDIC Defendants. | Case No.  3:10-CV-01035-TEH **PLAINTIFF'S NOTICE OF DISMISSAL PURSUANT TO F.R.C.P. 41 (A)** |

NOTICE IS HEREBY GIVEN that the Plaintiffs, JON JON MANUEL and MARIA VICTORIA MANUEL are voluntarily dismissing all claims in the above-captioned action against defendant; INDYMAC BANK FSB in Receivership of FDIC. Federal Rule of Civil Procedure 41(a)(1). allows a plaintiff to dismiss without a court order any defendant who has yet to serve an answer or a motion for summary judgment. This dismissal is **with prejudice**.

IT IS SO ORDERED
Judge Thelton E. Henderson
10/25/10

PLAINTIFFS' NOTICE OF DISMISSAL PURSUANT RULE 41(A) OF F.R.CIV.P